The Bank of New York Mellon, Solely as Securities Administrator for J.P. Morgan Mortgage Acquisition Trust 2006-WMC4, Respondent, v WMC Mortgage, LLC, Defendant, and J.P. Morgan Mortgage Acquisition Corporation et al., Appellants.

Submitted August 8, 2016; decided August 25, 2016

Motion by Securities Industry and Financial Markets Association for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed.

Cara Associates, L.L.C., et al., Respondents, v Howard P. Milstein et al., Appellants.

Submitted July 18, 2016; decided August 25, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.